BOBBY SHAWN JANOE
PLAINTIFF/PETITIONER/MOVANT'S NAME

J25333
PRISON NUMBER

CORCORAN STATE PRISON
PLACE OF CONFINEMENT

CSATF/SP   P.O.BOX 5244
ADDRESS   Corcoran CA 93212

2254 ____ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Pro Se ___

FILED
AUG 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

BOBBY SHAWN JANOE
Plaintiff/Petitioner/Movant

v.

K. RASKE
Defendant/Respondent

Civil No. '08 CV 1603 L CAB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, BOBBY SHAWN JANOE, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒ Yes ☐ No  (If "No" go to question 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution?  ☐ Yes ☒ No
   Do you receive any payment from the institution?  ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

K:\COMMON\FORMS\CIV-67

...

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. December 1991 was the last time I was employed. My take home pay was about 2,000 a mo month. My employer was Albertsons Grocery Stores.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No
   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No
   a. Make: Dodge Truck  Year: 1969  Model: D200
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __Myself_____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets (include any items of value held in someone else's name)): __None_____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. _____
    I am in state prison and as such, I am forced to do without the source of funds for my day to day expenses. The state prison system has no industries in the maximum security facilities.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__8/26/08__  
DATE

__Billy S. Janoe__  
SIGNATURE OF APPLICANT

-3-

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Bobby Shawn Janoe__,
(NAME OF INMATE)

__J85333__,
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at

__CSATF__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __0__,

and the *average monthly deposits* to the applicant's account was $ __0__.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT, PER 28 U.S.C. § 1915(a)(2).</u>

__8-19-08__
DATE

__M. Jordan__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__M. Jordan__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 11/96)     -4-     K:\COMMON\FORMS\CIV-67

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form MUST be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, Bobby S. Janoe J25333, request and authorize the agency
(Name of Prisoner/ CDC No.)
holding me in custody, to prepare for the Clerk of the United States Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of fees for which I am obligated is either ☐ $120 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_7/28/08_  
Date

_Bobby S. Janoe_  
Signature of Prisoner

```
REPORT ID: TS3030   .701                                           REPORT DATE: 08/12/08
                                                                        PAGE NO:      1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                                    SATF/SP AT CORCORAN
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 12, 2008

ACCOUNT NUMBER : J25333                       BED/CELL NUMBER: FCB1T1000000120L
ACCOUNT NAME   : JANOE, BOBBY SHAWN               ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                                TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              CURRENT HOLDS IN EFFECT

 DATE       HOLD
PLACED      CODE         DESCRIPTION              COMMENT       HOLD AMOUNT
---------   ----    ---------------------     ---------------   -----------
07/23/2008  H109    LEGAL POSTAGE HOLD          0416/07-21             0.76
07/23/2008  H109    LEGAL POSTAGE HOLD          0416/07-21             0.59
07/23/2008  H109    LEGAL POSTAGE HOLD          0416/07-21             0.59
07/28/2008  H109    LEGAL POSTAGE HOLD          0468/07-23             0.42
07/28/2008  H109    LEGAL POSTAGE HOLD          0468/07-23             0.42
07/28/2008  H109    LEGAL POSTAGE HOLD          0468/07-23             0.42
07/30/2008  H118    LEGAL COPIES  HOLD          0501/07-19             3.00
07/30/2008  H118    LEGAL COPIES  HOLD          0501/07-27             1.40
08/07/2008  H109    LEGAL POSTAGE HOLD          0658/07-31             3.21
08/07/2008  H109    LEGAL POSTAGE HOLD          0658/07-31             3.21
08/07/2008  H109    LEGAL POSTAGE HOLD          0658/08-03             0.76
08/07/2008  H109    LEGAL POSTAGE HOLD          0658/08-03             0.76
08/07/2008  H109    LEGAL POSTAGE HOLD          0658/08-03             4.80

                             TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL       TOTAL         CURRENT       HOLDS       TRANSACTIONS
 BALANCE    DEPOSITS    WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED
---------   ---------   -----------    ---------    ---------    --------------
   0.00       0.00         0.00          0.00         20.34          0.00

                                                   CURRENT
                                                  AVAILABLE
                                                   BALANCE
                                                  ---------
                                                     20.34-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE

```
REPORT ID: TS3030  .701                                          REPORT DATE: 08/11/08
                                                                 PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIPATRIA STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: JAN. 01, 2007 THRU AUG. 11, 2008

ACCOUNT NUMBER  : J25333                    BED/CELL NUMBER:
ACCOUNT NAME    : JANOE, BOBBY SHAWN                          ACCOUNT TYPE: T
PRIVILEGE GROUP:
                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE   DESCRIPTION          COMMENT         CHECK NUM    DEPOSITS   WITHDRAWALS    BALANCE

01/01/2007     BEGINNING BALANCE                                                            3,941.95
02/05   W502   POSTAGE CHARG  01/31 4189                                           0.63     3,941.32
02/05   FC05   DRAW-FAC 5     A-5 / 4168                                          45.00     3,896.32
04/09   FC05   DRAW-FAC 5     A-5    5478                                         43.27     3,853.05
04/17   W415   CASH WITHDRAW  BOOK  5644  111084813                               12.00     3,841.05
06/14   W415   CASH WITHDRAW  BADCK 6874  111085771                            2,021.51     1,819.54
06/14   W415   CASH WITHDRAW  BADCK 6874  111085772                            1,298.02       521.52
08/23   W516   LEGAL COPY CH  08-21/1133                                           0.20       521.32
ACTIVITY FOR: 2008
05/16   W520   MISCELLANEOUS  UNKNOW6889                                         521.32         0.00

                             TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL         TOTAL           CURRENT      HOLDS         TRANSACTIONS
BALANCE        DEPOSITS      WITHDRAWALS     BALANCE      BALANCE       TO BE POSTED
----------     ----------    -----------     ----------   ----------    ------------
 3,941.95          0.00       3,941.95           0.00         0.00            0.00

                                                            CURRENT
                                                          AVAILABLE
                                                            BALANCE
                                                          ----------
                                                                0.00
```